**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-7215**

_____

UNITED STATES OF AMERICA,

             Plaintiff – Appellee,

      and

NED L. POLK, SR., Bondsman as to Mary Virginia Merritt;
CRYSTAL MILLER GOMEZ, surety bondsman for Jessica
Hollingsworth,

             Parties-in-Interest,

      v.

LANCE C. TEW,

             Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., Senior
District Judge. (6:14-cr-00133-HMH-2)

_____

Submitted:  January 17, 2017      Decided:  January 19, 2017

_____

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Lance C. Tew, Appellant Pro Se. William Jacob Watkins, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South

Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lance C. Tew appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Tew's informal brief does not challenge the basis for the district court's disposition, Tew has forfeited appellate review of the court's order. See Williams v. Giant Food Inc., 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we grant Tew's motion to proceed under the Criminal Justice Act and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED